(105 So. 703)

### Ex parte W. D. PINCKARD et al.
### (7 Div. 596.)

(Supreme Court of Alabama.   Oct. 15, 1925.)

Certiorari to Court of Appeals.

Motley & Motley, of Gadsden, for petitioners. Culli, Hunt & Culli, of Gadsden, opposed.

SOMERVILLE, J. Petition of W. D. Pinckard and Carl Lay, doing business as Pinckard & Lay, for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Pinckard et al. v. Burnett Cotton Co. et al., 105 So. 702.

Writ denied.

ANDERSON, C. J., and THOMAS and BOULDIN, JJ., concur.